# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 27, 2006

129838

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

LOUIS THOMPKINS,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 129838
COA: 262003
Wayne CC: 98-010702-01

On order of the Court, the application for leave to appeal the October 20, 2005 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 27, 2006

Clerk

s0320